# United States Bankruptcy Court
## District of Arizona

In re __Dustin J Hamby__  
Debtor(s)

Case No. _____  
Chapter __13__

## Declaration of Evidence of Employers' Payments Within 60 Days

☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, __Dustin J Hamby__, declares the foregoing to be true and correct under penalty of perjury.

Date __November 30, 2018__  
Signature __/s/ Dustin J Hamby__  
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Local Form 1007-2 (08/18)  
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Declaration of Evidence of Payments

Page 1  
Best Case Bankruptcy

Case 2:18-bk-15100-MCW   Doc 3   Filed 12/12/18   Entered 12/12/18 17:45:33   Desc
Main Document      Page 1 of 5

| | | | | | |
|---|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | | |
| R5 / SC3 23973597 | 01/ | 928637 | 1 of 1 | | |

INDUCTANCE ENERGY CORPORATION
1108 14th Street Unit 405
Cody, WY 82414

# Earnings Statement



Period Starting: 11/16/2018
Period Ending: 11/30/2018
Pay Date: 11/30/2018

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 8     Federal:
  State: 0     State:
  Local: 0     Local:
Social Security Number: XXX-XX-XXXX

Dustin Hamby
11217 W Jomax Rd
Peoria, AZ 85383

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3750.00 | 47343.75 |
| Gross Pay | | | $3,750.00 | $47,343.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -317.56 | 3899.53 |
| Social Security | -232.50 | 2935.31 |
| Medicare | -54.37 | 686.48 |
| Arizona State Income | -101.25 | 1278.28 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -1565.00 | 4695.00 |

| Net Pay | | $1,479.32 | |
|---|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6208 | XXXXXXXXX | 1479.32 |

Your federal taxable wages this period are $3,750.00

---

INDUCTANCE ENERGY CORPORATION
1108 14th Street Unit 405
Cody, WY 82414

Pay Date: 11/30/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6208 | XXXXXXXXX | 1479.32 |

THIS IS NOT A CHECK

Dustin Hamby
11217 W Jomax Rd
Peoria, AZ 85383

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R5 / SC3 23973597 | 01/ | 885714 | 1 of 1 |

INDUCTANCE ENERGY CORPORATION
1108 14th Street Unit 405
Cody, WY 82414

# Earnings Statement 

Period Starting: 11/01/2018
Period Ending: 11/15/2018
Pay Date: 11/15/2018

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 8     Federal:
 State: 0      State:
 Local: 0      Local:
Social Security Number: XXX-XX-XXXX

Dustin Hamby
11217 W Jomax Rd
Peoria, AZ 85383

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3750.00 | 43593.75 |
| Gross Pay | | | $3,750.00 | $43,593.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -317.56 | 3581.97 |
| Social Security | -232.50 | 2702.81 |
| Medicare | -54.38 | 632.11 |
| Arizona State Income | -101.25 | 1177.03 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -1565.00 | 3130.00 |

| Net Pay | | $1,479.31 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6208 | XXXXXXXXX | 1479.31 |

Your federal taxable wages this period are $3,750.00

---

INDUCTANCE ENERGY CORPORATION
1108 14th Street Unit 405
Cody, WY 82414

Pay Date: 11/15/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6208 | XXXXXXXXX | 1479.31 |

THIS IS NOT A CHECK

Dustin Hamby
11217 W Jomax Rd
Peoria, AZ 85383

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R5 / SC3 23973597 | 01/ | 843950 | 1 of 1 |

INDUCTANCE ENERGY CORPORATION
1108 14th Street Unit 405
Cody, WY 82414

# Earnings Statement 

Period Starting: 10/16/2018
Period Ending: 10/31/2018
Pay Date: 10/31/2018

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 8  Federal:
 State: 0  State:
 Local: 0  Local:
Social Security Number: XXX-XX-XXXX

Dustin Hamby
11217 W Jomax Rd
Peoria, AZ 85383

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3750.00 | 39843.75 |
| Gross Pay | | | $3,750.00 | $39,843.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -317.56 | 3264.41 |
| Social Security | -232.50 | 2470.31 |
| Medicare | -54.37 | 577.73 |
| Arizona State Income | -101.25 | 1075.78 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -1565.00 | 1565.00 |
| Net Pay | $1,479.32 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6208 | XXXXXXXXX | 1479.32 |

Your federal taxable wages this period are $3,750.00

INDUCTANCE ENERGY CORPORATION
1108 14th Street Unit 405
Cody, WY 82414

Pay Date: 10/31/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6208 | XXXXXXXXX | 1479.32 |

THIS IS NOT A CHECK

Dustin Hamby
11217 W Jomax Rd
Peoria, AZ 85383

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| R5 / SC3 23973597 | 01/ | 800880 | 1 of 1 | |  |

INDUCTANCE ENERGY CORPORATION
1108 14th Street Unit 405
Cody, WY 82414

Period Starting: 10/01/2018
Period Ending: 10/15/2018
Pay Date: 10/15/2018

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal:  8            Federal:
  State:    0            State:
  Local:    0            Local:
Social Security Number: XXX-XX-XXXX

Dustin Hamby
11217 W Jomax Rd
Peoria, AZ 85383

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3750.00 | 36093.75 |
| Gross Pay | | | $3,750.00 | $36,093.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -317.56 | 2946.85 |
| Social Security | -232.50 | 2237.81 |
| Medicare | -54.38 | 523.36 |
| Arizona State Income | -101.25 | 974.53 |

Net Pay    $3,044.31

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6208 | XXXXXXXXX | 3044.31 |

Your federal taxable wages this period are $3,750.00

INDUCTANCE ENERGY CORPORATION
1108 14th Street Unit 405
Cody, WY 82414

Pay Date:    10/15/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6208 | XXXXXXXXX | 3044.31 |

THIS IS NOT A CHECK

Dustin Hamby
11217 W Jomax Rd
Peoria, AZ 85383