1  DECONCINI MCDONALD YETWIN & LACY, P.C.
   2525 EAST BROADWAY BLVD., SUITE 200
2  TUCSON, AZ 85716-5300
   Tel:  (520) 322-5000
3  Fax: (520) 322-5585

4  Jody A. Corrales (AZ # 024869)
   jcorrales@dmyl.com
5  Attorneys for *Hughes Federal Credit Union*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 13) |
|---|---|
| DUSTIN J. HAMBY,<br><br>    Debtor. | Case No. 2:18-bk-15100-MCW |
| HUGHES FEDERAL CREDIT UNION,<br><br>    Movant,<br><br>  vs.<br><br>DUSTIN J. HAMBY, Debtor; and RUSSELL BROWN, Chapter 13 Trustee,<br><br>    Respondents. | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING DEBTOR'S 2011 FOUR WINDS HURRICANE SERIES RV** |

  Hughes Federal Credit Union ("HFCU"), a secured creditor, moves the Court to enter an order granting relief from the automatic stay of 11 U.S.C. § 362(a) to allow HFCU to enforce its lien on a 2011 Four Winds Hurricane Series RV, VIN 1F6NF53Y790A01732 ("Collateral"), owned by DUSTIN J. HAMBY ("Debtor"), in which HFCU has a properly perfected security interest. HFCU is also requesting a waiver of the 14-day stay of Rule 4001(a)(3), *FED. R. BANKR. P*.

  This Motion is supported by the following Memorandum of Points and Authorities, and the entire record before the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. RELEVANT FACTUAL BACKGROUND

On December 12, 2018 (the "Petition Date"), Debtor filed a Voluntary Petition for an order for relief under Chapter 13 of the Bankruptcy Code. Thereafter, Russell Brown was appointed as the Chapter 13 Trustee.

On or about November 5, 2013, Debtor entered into a Retail Installment Sale Contract Simple Finance Charge (the "Agreement") under which HFCU loaned Debtor the sum of $82,099.41 to purchase the Collateral in exchange for a security interest in the Collateral. A copy of the Agreement is attached hereto as **Exhibit A**. A copy of the Title evidencing HFCU's properly perfected security interest in the Collateral is attached hereto as **Exhibit B**.

Debtor is in monetary default under the Agreement having failed to make a regular payment since prior to filing his prior chapter 13 case on April 13, 2018, under Case No. 2:18-bk-03941-PS. As of the Petition Date, the total debt owing to HFCU under the Agreement is $68,933.86, plus accruing interest, fees and costs, as evidenced by its secured proof of claim No. 1-1 filed on December 19, 2018. A copy of the Debtor's most recent Statement of Account is attached hereto as **Exhibit C**.

According to NADAguides, the average retail value of the Collateral is $64,150. A copy of the NADAguides Value Report dated 12/19/18 is attached as **Exhibit D**.

## II. LEGAL ARGUMENT

Section 362(d) allows the court to grant relief from the automatic stay for "cause." What constitutes cause to terminate the stay is determined on a case-by-case basis. *Delaney-Morin v. Day (In re Delaney-Morin)*, 304 B.R. 365, 369 (9th Cir. BAP 2003) (citation omitted). "Cause" includes the lack of adequate protection. 11 U.S.C. § 362(d)(1). "Cause" can also include if a debtor does not have equity in the collateral and the collateral is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2). Here, cause to

terminate the automatic stay exists under both § 362(d)(1) and § 362(d)(2).

### A. The Collateral is Not Being Afforded Adequate Protection.

In evaluating whether cause to terminate the automatic stay exists for lack of adequate protection pursuant to § 362(d)(1), the Ninth Circuit Court of Appeals has held that a lack of adequate protection may include, among other things, the lack of sufficient equity cushion and/or a debtor's failure to tender periodic payments. *Pistole v. Mellor (In re Mellor)*, 734 F.2d 1396 (9th Cir. 1984); s*ee also*, *Ellis v. Parr (In re Ellis)*, 60 B.R. 432, 435 (9th Cir. BAP 1985); *In re Prime, Inc.*, 35 B.R. 697, 699 (Bankr. W.D. Mo. 1984) ("Where collateral is sold or depreciates, the notion of adequate protection requires replacement or payment so that the value of the creditor's interest is not dissipated.").

In the case at hand, "cause" under Section 362(d)(1) exists to terminate the automatic stay because the Debtor is severely delinquent under the Agreement. Therefore, the Collateral is not being afforded adequate protection.

### B. There is No Equity in the Collateral and No Plan to Reorganize the Debt.

Section 362(d)(2) reflects Congress's intent to allow creditors to immediately proceed against the property where there is no equity and if it is unnecessary for an effective reorganization, even where the debtor can provide adequate protection under Section 362(d)(1). *In re San Clemente Estates*, 5 B.R. 605, 610 (Bankr. S.D. Cal 1980). For purposes of § 362(d)(2), "equity" is defined as the difference between the value of the property and all encumbrances upon it. *Stewart v. Gurley,* 745 F.2d 1194 (9th Cir. 1984).

Here, the Collateral is depreciating personal property and its value is not sufficient to satisfy the amount owing under the Agreement. As indicated above, the current value of the Collateral is $64,150.00, and the balance owing to HFCU is $68,933.86, plus accrued and accruing interest, fees and costs. Therefore, there is no equity in the Collateral for the Debtors or this bankruptcy estate under Section 362(d)(2). *See e.g., Nev. Nt'l Bank v. Casbul of Nev. Inc.,* 22 B.R. 65, 66 (9th Cir. BAP 1982); *Ramco Indus. v. Preuss (In re*

DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

*Preuss)*, 15 B.R. 896 (9th Cir. BAP 1981). Further, it appears the Collateral is not necessary for an effective reorganization as the Collateral is a recreational vehicle with no equity. Therefore, sufficient "cause" exists to terminate the automatic stay under Section 362(d)(2).

### C. Waiver of the 14-Day Stay is Appropriate.

Pursuant to Rule 4001(a)(3), *FED. R. BANKR. P*., an "order granting a motion for relief from an automatic stay…is stayed until the expiration of 14 days after entry of the order, *unless* the court orders otherwise." *FED. R. BANKR. P*. 4001(a)(3). (*Emphasis* added). Here, cause exists to waive the 14-day stay because the payments are severely delinquent under the Agreement for Debtor's failure to make a regular payment since prior to filing his first Chapter 13 bankruptcy case on April 13, 2018, under Case No. 2:18-bk-03941-PS. Therefore, HFCU respectfully requests that the 14-day stay under Rule 4001(a)(3) be waived so that it may quickly obtain its rapidly depreciating Collateral.

### III. CONCLUSION

For all of the foregoing reasons, HFCU respectfully requests that this Court enter an order: (1) terminating the automatic stay of 11 U.S.C. § 362(a) to allow HFCU to obtain possession of the Collateral and exercise its legal rights; and (2) waiving the 14-day stay of Rule 4001(a)(3), *FED. R. BANKR. P*.

RESPECTFULLY SUBMITTED this 20th day of December, 2018.

DECONCINI MCDONALD YETWIN & LACY, P.C.

By: /s/ *Jody A. Corrales*, #024869
Jody A. Corrales, Esq.
Attorneys for *Hughes Federal Credit Union*

ORIGINAL electronically filed this
20th day of December, 2018, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

1 | COPIES of the foregoing mailed via electronic or U.S. Mail this 20th day of December, 2018, to:

2

3 | Dustin J. Hamby
11217 W. Jomax Rd.
Peoria, AZ 85383

4 | *Debtor*

5 | Leonard V. Sominsky
LEONARD V. SOMINSKY, ESQ., PC

6 | 2700 N. 3rd Street
Suite 2006

7 | Phoenix, AZ 85004
info@lvslaw.net

8 | *Attorneys for Debtor*

9 | Russell Brown
3838 North Central Avenue

10 | Suite 800
Phoenix, AZ 85012-1965

11 | mail@ch13bk.com
*Chapter 13 Trustee*

12

13 | U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204

14 | Phoenix, AZ 85003
ustpregion14.px.ecf@usdoj.gov

15

16 | By */s/ Clarrissa Palma*

17

18

19

20

21

22

23

24

25

26

# EXHIBIT "A"

## SIMPLE FINANCE CHARGE

Dealer Number: 851  Contract Number: VTT61454

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| DUSTIN J HAMBY<br>15436 W ALEXANDRIA WAY<br>SURPRISE AZ 85379 | COURTNEY HAMBY<br>15436 W ALEXANDRIA WAY<br>SURPRISE AZ 85379 | LA MESA RV<br>7525 WEST MCDOWELL RD<br>PHOENIX AZ 85035 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2011 | THOR MOTOR HURRICANE 3 | 10100 | 1F6NF53Y790A01732 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $10000.00 |
|---|---|---|---|---|
| 6.75 % | $ 49039.59 | $ 82099.41 | $ 131139.00 | $ 141139.00 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 180 | 728.55 | Monthly beginning 12/20/2013 |

Or As Follows: N/A
N/A
N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price
   - A Cash Price of Motor Vehicle (including accessories, services) $ 74000.00
   - B Sales Tax $ 6290.99
   - C Prior Credit or Lease Balance paid to N/A  $ N/A
   - D Other DEALER DOCUMENTARY FEE $ 395.00
   - E Other N/A $ N/A
   - F Other N/A $ N/A
   - G Other N/A $ N/A
   - H Other N/A $ N/A
   - Total Cash Price (A through H) $ 80685.99 (1)
2. Total Downpayment =
   - Trade-In N/A (Year) (Make) (Model)
   - Gross Trade-In Allowance $ N/A
   - Less Pay Off Made By Seller $ N/A
   - Equals Net Trade In $ N/A
   - + Cash $ 10000.00
   - + Other N/A $ N/A
   - (If total downpayment is negative, enter "0" and see prior credit or lease balance, item 1C, above) $ 10000.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ 70685.99 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to the Insurance

---

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A _____ N/A
     Type of Insurance       Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

☐ N/A _____ N/A
     Type of Insurance       Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the

Case 2:18-bk-15100-MCW   Doc 15   Filed 12/20/18   Entered 12/20/18 16:31:22   Desc
Main Document    Page 7 of 16

+ Other N/A $ N/A N/A
(If total downpayment is negative, enter "0" and see prior credit or lease balance, item 1C, above) $ 10000.00 (2)    Home Office Address N/A
3. Unpaid Balance of Cash Price (1 minus 2) $ 70685.99 (3)    N/A
4. Other Charges including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

A  Cost of Optional Credit Insurance Paid to the Insurance
   Company or Companies.
   Life         $   N/A
   Disability   $   N/A         $   N/A
B  Other Optional Insurance Paid to Insurance Company or Companies   $   N/A
C  Optional Gap Contract                                              $   N/A
D  Official Fees Paid to Government Agencies                          $   N/A
E  Government Taxes Not Included in Cash Price                        $   N/A
F  Government License and/or Registration Fees
   (Identify)                                                         $   1616.42
G  Government Certificate of Title Fees                               $   4.00
H  Other Charges (Seller must identify who is paid and
   describe purpose)
   to USA TRAVEL CARE   for PLATINUM     $   6999.00
   to USA TRAVEL CARE   for AGW          $   999.00
   to                   for ECORVPRO     $   1795.00
   to N/A               for N/A          $   N/A
   to N/A               for N/A          $   N/A
   to N/A               for N/A          $   N/A
   to N/A               for N/A          $   N/A
   to N/A               for N/A          $   N/A
   to N/A               for N/A          $   N/A
   to N/A               for N/A          $   N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf   $   11413.42 (4)
5. Amount Financed (3 + 4)                                             $   82099.41 (5)

I want the insurance checked above.

X N/A                                N/A
Buyer Signature                      Date

X N/A                                N/A
Co-Buyer Signature                   Date

Returned Check Charge: You agree to pay a charge of $25.00, plus actual charges assessed by a financial institution, if any check you give us is dishonored.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____ Mos.
_N/A_
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _N/A_

If the "Amount Financed" exceeds $53,000 or if the motor vehicle is primarily for commercial use, the "Amount Financed" is also the "Final Cash Price Balance" and the "Total of Payments" is also the "Time Balance".

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
_N/A_ , Year _N/A_ . SELLER'S INITIALS _N/A_

## FOR USED VEHICLES ONLY

The Seller hereby warrants that this vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.

ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:
ATENCION COMPRADOR: FIRME AQUI SOLAMENTE SI EL VENDEDOR TE HA DICHO QUE EL VEHÍCULO TIENE EL SIGUIENTE PROBLEMA(S) Y QUE USTED ESTA DE ACIERTO DE COMPRA EL VEHÍCULO BAJO ESTOS TÉRMINOS:

1. _N/A_        2. _N/A_        3. _N/A_

X _N/A_                   _N/A_         X _N/A_                   _N/A_
  Buyer Signs             (Date)          Co-Buyer Signs          (Date)

## WARRANTIES

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, except as described above for used vehicles. Making no warranties means that the Seller is selling the vehicle as is — not expressly warranted or guaranteed and without any implied warranties of merchantability (except as described above) or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

☐ IF THE BOX IS CHECKED, THIS CONTRACT IS SUBJECT TO A BROKER FEE PAID BY THE SELLER TO
_N/A_

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

You acknowledge an express intent to grant a security interest in the vehicle and hereby waive and abandon all personal property exemptions granted upon the vehicle, which is the subject of this contract. NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM SUCH PROPERTY EXEMPT FROM PROCESS.

^ ——N/A——————————— ——N/A——     X ——N/A——————————— ——N/A——
   Buyer Signs                   (Date)              Co-Buyer Signs               (Date)

**WARRANTIES**

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, except as described above for used vehicles. Making no warranties means that the Seller is selling the vehicle as is – not expressly warranted or guaranteed and without any implied warranties of merchantability (except as described above) or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

☐ IF THE BOX IS CHECKED, THIS CONTRACT IS SUBJECT TO A BROKER FEE PAID BY THE SELLER TO
——N/A——————————.

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

You acknowledge an express intent to grant a security interest in the vehicle and hereby waive and abandon all personal property exemptions granted upon the vehicle, which is the subject of this contract. NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM SUCH PROPERTY EXEMPT FROM PROCESS.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X _____    Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

NOTICE TO THE BUYER: (1) Do not sign this contract before you read it or if it contains any blank spaces. (2) You are entitled to an exact copy of the contract you sign.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract, and retain its right to receive a part of the Finance Charge.*

YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW.

| You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it. | ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS. | The Arizona Department of Financial Institutions regulates the Seller and can be contacted at 2910 North 44th Street, Suite 310, Phoenix, Arizona 85018, (602) 255-4421, if you have any complaints concerning this contract. |

X _____    05/2013      Seller Signs RV          05/2013
Buyer Signs
X _____    05/2013      By X _____
Co-Buyer Signs

**SEE BACK FOR OTHER IMPORTANT TERMS AND AGREEMENTS.**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____N/A_____    Date _N/A_    Address _N/A_

Seller assigns its interest in this contract to PO BOX 11900 TUCSON AZ 85734-1900    (Assignee) under the terms of Seller's agreement(s) with Assignee.
HUGHES FEDERAL CREDIT UNION
☐ Assigned with recourse      ☒ Assigned without recourse      ☐ Assigned with limited recourse

Seller MESA RV    By _____    Title _____

FORM NO. 553-AZ-ARB
©2013 The Reynolds and Reynolds Company

ORIGINAL LIENHOLDER

# EXHIBIT "B"



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1F6NF53Y790A01732 | 2009 | FORD | | MHA | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | 0U31013361066 | 10100 | AZ | 12-27-2013 |

**Full Name of Owner(s)**

DUSTIN JOEL HAMBY
COURTNEY ANN HAMBY
15436 W ALEXANDRIA WAY
SURPRISE, AZ 85379

**Vehicle Brand(s)**

**Liens(s)**

HUGHES FEDERAL CREDIT UNION
PO BOX 11900
TUCSON, AZ 857341900

Lien Date: 11-05-2013
ELT Number: 860107651
LTN: LTN131230-8

**Odometer Brand(s)**

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: 49WUUCUCZC

**THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of Decision Dynamics, Inc.



Case 2:18-bk-15100-MCW    Doc 15    Filed 12/20/18    Entered 12/20/18 16:31:22    Desc
Main Document    Page 11 of 16

# EXHIBIT "C"



PO Box 11900
Tucson AZ 85734
520-794-8341
800-253-8245 Outside Tucson
HughesFCU.org

# Statement of Account

Have you upgraded to Checking PLUS with Benefits Plus? Enjoy interest-earning checking with travel discounts, cell phone repair coverage, Identity Theft & Security Center featuring Restoration Rescue, PLUS much more! Also enjoy exclusive discounts to a growing list of local and national merchants. Try it free for 90 days. Visit HughesFCU.org/PLUS for more details or to enroll.



DUSTIN HAMBY
COURTNEY HAMBY
10819 W AVENIDA DEL REY
PEORIA AZ 85383-9681

| Page: | 1 of 2 | Statement Ending: | 11/30/2018 | Member No. | |
|---|---|---|---|---|---|

## MAIN SHARE ACCOUNT  ACCOUNT #1

| Posted Date | Transaction Description | Transaction Amount | New Balance |
|---|---|---|---|
| NOV01 | Previous Balance | | $50.33 |
| NOV30 | Ending Balance | | $50.33 |

### Account Fee Summary

| Fee Type | Fee Amount This Period | Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Overdraft Fees Waived | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Returned Item Fees Waived | $0.00 | $0.00 |

## 2011 FOUR WIND HURRICANE  LOAN #143

**11/01/18  Through 11/30/18**            Previous Balance:  $68,933.86
**Payment Due Date:** 09/20/2018            New Balance:  $68,933.86
**Payment Due:**  $2,099.85
**Annual Percentage Rate:**  6.750%    **Past Due As Of:**  09/20/2018

| Posted Date | Transaction Description | Amount | Principal | Balance |
|---|---|---|---|---|
| NOV01 | Previous Balance | | | $68,933.86 |
| NOV30 | Ending Balance | | | $68,933.86 |

### INTEREST RATE DETAIL

| Effective Dates | Annual Percentage Rate | Balance Subject to Interest Rate |
|---|---|---|
| 11/01/18 - 11/30/18 | 6.750% | $68,933.86 |

The balance used to compute interest is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.

### FEES CHARGED

| Date | Loan | Description | Amount |
|---|---|---|---|
| | | TOTAL FEES FOR THIS PERIOD | $0.00 |

### INTEREST CHARGED

| Date | Loan | Description | Amount |
|---|---|---|---|
| | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

### TOTALS YEAR TO DATE

| | |
|---|---|
| TOTAL FEES CHARGED IN 2018 | $0.00 |

Case 2:18-bk-15100-MCW    Doc 15    Filed 12/20/18    Entered 12/20/18 16:31:22    Desc
Main Document    Page 13 of 16

Federally insured by NCUA      513030

TOTAL INTEREST CHARGED IN 2018                           $3,000.00

**STATEMENT SUMMARY**

| Account | New Balance | Dividends | Tax Name | Loan | New Balance |
|---|---|---|---|---|---|
| 1 | 50.33 | 0.10 | DUSTIN HAMBY | 143 | 68,933.86 |

**TOTAL DIVIDENDS YTD**   $0.10

# EXHIBIT "D"

# 2011 Four Winds Hurricane Series M-34B Ford V10

## Values

|  | Suggested List Price | Low Retail | Average Retail |
|---|---:|---:|---:|
| Base Price | $131,290 | $53,250 | $64,150 |
| **Options** (Add) | | | |
| **Total Price** | **$131,290** | **$53,250** | **$64,150** |

## Value Type Definitions

**Suggested List** — The value listed reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low retail is not a trade-in value.**

**Average Retail Value** — An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

An Average Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable).

Note: Vehicles/Vessels in exceptional condition can be worth a significantly higher value than the Average Retail Price shown.

© 2018 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.