Leonard V. Sominsky, Esq. #020013
**LEONARD V. SOMINSKY, ESQ., P.C.**
2700 N. 3rd St., Ste. 2006
Phoenix, Arizona 85004
Telephone: (602) 256-9800
Counsel for Debtor
INFO@LVSLAW.NET
LS00172-00/lvs
ObjMTD2.wpd

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: )<br>)<br>**DUSTIN HAMBY** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Debtor, )<br>)<br>_____) | Chapter 13<br><br>Case 2:18-bk-15100-MCW<br><br>**OBJECTION TO TRUSTEE'S PROPOSED ORDER OF DISMISS** |

**COMES NOW**, the Debtor **DUSTIN HAMBY**, by and through his undersigned counsel, Leonard V. Sominsky, Esq.,PC., and hereby objects to the Trustee's proposed Order to Dismiss filed in the above-captioned Chapter 13 case and would, in support of such objection, allege as follows:

    1. Debtor filed for Chapter 13 bankruptcy on December 312th, 2018, in the District of Arizona.

    2. Debtor filed all his schedules and statements as well a Plan in a timely manner.

    3. Upon information and belief, the Debtor has filed the 2017 tax returns with both the state of Arizona

and the Internal Revenue Service.

4. The Debtor produced a copy of the 2017 taxes to the trustee prior to the Meeting of Creditors.

5. The Debtor is current in trustee payments.

6. The Debtor needs more time to resolve the Proof of Claim Discrepancy with the Department of Treasury which is erroneously listing the 2017 return as unfiled, as the IRS was shut down for 35 days they have not been processing the returns that have been submitted.

7. Dismissing the case is not in the best interest of the unsecured creditors as the debtor has paid in to the trustee and submitted all the required statements and schedules in a timely manner

8. Debtor hereby requests a hearing.

**WHEREFORE,** this Court should deny the Trustee's proposed Order to Dismiss and grant the debtor an additional 30 days to get the IRS to amend their Proof of claim and set this matter for a hearing.

**RESPECTFULLY SUBMITTED** this February 26, 2019

**LEONARD V. SOMINSKY, ESQ., P.C.**

By:/S/ Leonard V. Sominsky
Leonard V. Sominsky, Esq. #20013
2700 N. 3rd St., Suite 2006
Phoenix, Arizona  85004

Telephone: (602) 256-9800
                    Counsel for Debtor

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing has been Mailed by US Mail to the following:

    Russell Brown
    3838 N. central Ave, #800
    Phoenix, AZ 85012
    Chapter 13 Trustee

Executed this February 26, 2019

/s/20013-Leonard V. Sominsky