Weinstein & Riley, PS
Aaron M. Waite, 025191
6785-4 S. Eastern Avenue
Las Vegas, NV 89119
Counsel for America First Credit Union

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA (PHOENIX)

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| DUSTIN J HAMBY, | § | Case No. 2:18-bk-15100 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |

## OBJECTION TO CONFIRMATION OF DEBTOR' CHAPTER 13 PLAN

America First Credit Union (the "Creditor"), submits this objection to the First Amended Chapter 13 Plan [ECF 48] proposed by Debtor DUSTIN J HAMBY (the "Debtor").

1. Debtor filed a petition for relief under Chapter 13 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") on December 12, 2018. *See* Docket No. 1.

2. On June 20, 2017, Debtor bought the 2015 GMC Yukon VIN of 1GKS2AKC8FR289783 (the "Vehicle"), from Blueline Auto Group Inc., (the "Original Creditor") for $43,944.10, pursuant to a Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement (the "Note"), that granted Creditor a security interest in the Vehicle. A copy of the Note is attached as **Exhibit A**.

3. On June 20, 2017, Original Lender assigned its rights and interest in the Collateral to the Creditor.

1

4. Creditor's security interest in the Vehicle was perfected on or about July 3, 2017, pursuant to a Certificate of Title. A copy of the Certificate of Title is attached as **Exhibit B**.

5. On January 29, 2019, Creditor filed its secured proof of claim with reference to the Vehicle, in the amount of $45,365.81. *See* Claims Register, Claim 8-2. The claim includes pre-petition arrears in the amount of $6,564.47. *Id*.

6. On December 20, 2018, Debtor filed the Chapter 13 Plan (the "Plan"). *See* Docket No. 13. The Plan lists the value of the Vehicle in the amount of $35,000.00 and proposes to pay $43,563.00 on the secured claim. *Id*. The Plan does not provide for the curing of the pre-petition arrears. *Id.*

7. Creditor objects to confirmation of the Plan on the grounds that the Plan does not provide for the correct amount of the secured claim. Debtor's Plan should provide for the total balance to be paid consistent with Creditor's filed secured proof of claim.

8. Creditor also objects to confirmation of the Plan on the grounds that it does not provide for repayment of pre-petition arrears to cure the default on Creditor's secured claim pursuant to 11 USC §1322(b)(3) of the United States Bankruptcy Code. The Plan should be amended to include the proper amount of pre-petition arrears consistent with Creditor's filed secured proof of claim.

9. Creditor lastly objects to confirmation of the Plan on the grounds that the Vehicle is not eligible for valuation under Section 506 because the vehicle was purchased within 910 days of the Petition date. Pursuant to 11 U.S.C. §1325(a) "section 506 shall not apply to a claim described in that paragraph if that creditor has purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910–day period preceding the date of the filing of the petition, and the collateral for that debt consists of a motor vehicle." 11

U.S.C.A. § 1325. Creditor has a purchase money security interest securing the motor vehicle and the debt was incurred 297 days preceding the filing of the Petition. Under Section 1325(a) the Debtor is prevented from bifurcating Creditor's secured claim on the Vehicle. Debtor's Plan should provide for repayment of the claim in amount consistent with Creditor's filed proof of claim.

**WHEREFORE**, America First Credit Union respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan and for such other relief as the Court may deem just and proper.

Dated: May 9, 2019

Respectfully Submitted,

/s/ Aaron M.Waite
Aaron M.Waite
AZ Bar No. 025191
Weinstein & Riley, PS
6785-4 S. Eastern Avenue
Las Vegas, NV 89119
Telephone: 844-640-5412
Facsimile: 702-977-9820
Counsel for America First Credit Union

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Objection to Confirmation of Debtor's Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on May 9, 2019:

Trustee via First-Class Mail
RUSSELL BROWN
3838 NORTH CENTRAL AVENUE, SUITE 800
PHOENIX, AZ 85012-1965

Debtor's Counsel via E-Filing
LEONARD V. SOMINSKY
INFO@LVSLAW.NET

U.S. Trustee via E-Filing
U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

Debtor via First-Class Mail
DUSTIN J HAMBY
11217 W JOMAX RD
PEORIA, AZ 85383

/s/ Aaron M.Waite
Aaron M.Waite
AZ Bar No. 025191
Weinstein & Riley, PS