James F. Kahn - 003063
Krystal M. Ahart - 029358
**KAHN & AHART, PLLC**
**BANKRUPTCY LEGAL CENTER™**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
Email: James.Kahn@azbk.biz
Attorneys for Courtney Hamby

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>DUSTIN J. HAMBY,<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No.: 2:18-bk-15100-MCW |
|---|---|

## MOTION TO WITHDRAW AS COUNSEL WITH CONSENT OF CLIENT

James F. Kahn and Krystal M. Ahart, of BANKRUPTCY LEGAL CENTER™, move this Court for an Order Authorizing Withdrawal as Counsel for Courtney Hamby, with client consent indicated below.

The undersigned further certifies that he has given the client written notice of pending matters, deadlines, and hearing dates. All future notices and other communications should be directed to:

>   Courtney Hamby
>   1707 W. Yearling Road
>   Phoenix Arizona 85085
>   (602) 214-4859
>   courtneyhamby29@gmail.com

WHEREFORE, the undersigned counsel respectfully prays for an Order authorizing withdrawal as counsel of record.

RESPECTFULLY SUBMITTED this 30TH day of May, 2019.

    KAHN & AHART, PLLC
    BANKRUPTCY LEGAL CENTER™

    /s/ James F. Kahn, SBN003063
    James F. Kahn
    Attorney for Courtney Hamby

**Approved:**

_____
Courtney Hamby

Copy of the foregoing mailed
this 30th day of May, 2019, to:

Courtney Hamby
1707 W. Yearling Rd.
Phoenix Arizona 85085

Russell Brown
3838 North Central, Suite 800
Phoenix, Arizona 85012
Trustee for Dustin J. Hamby

Leonard Sominsky, Esq.
Leonard V Sominsky, ESQ, PC
3839 North 3rd Street, Suite 205
Phoenix AZ 85012-0001
Attorney for Dustin J. Hamby

/s/ Rosalie D. Becker
Rosalie D. Becker