Leonard V. Sominsky, Esq. #020013
**LEONARD V. SOMINSKY, ESQ., P.C.**
2700 N. 3rd St., Ste. 2006
Phoenix, Arizona 85004
Telephone: (602) 256-9800
Counsel for Debtor
INFO@LVSLAW.NET
LS00172-00/lvs
ObjTrustee Rec.wpd

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **DUSTIN HAMBY** ) | Chapter 13 |
| ) | |
| ) | Case 2:18-bk-15100-MCW |
| ) | |
| ) | **OBJECTION TO TRUSTEE'S** |
| ) | **RECOMMENDATION** |
| Debtor, ) | |
| ) | |
| _____) | |

**COMES NOW**, the Debtor **DUSTIN HAMBY**, by and through his undersigned counsel, Leonard V. Sominsky, Esq.,PC., and Pursuant to Local Rule 2084-10 hereby objects to the Trustee's Recommendaiton filed in the above-captioned Chapter 13 case and would, in support of such objection, allege as follows:

1. Debtor filed for Chapter 13 bankruptcy on December 12th, 2018, in the District of Arizona.

2. Debtor filed all his schedules and statements as well a Plan in a timely manner.

3. Upon information and belief, the Debtor has filed the 2017 tax returns with both the state of Arizona and the Internal Revenue Service.

4. The Debtor produced a copy of the 2017 taxes to the trustee prior to the Meeting of Creditors.
5. The Debtor is current in trustee payments.
6. The Debtor needs more time to resolve the Objection by the ADOR, by circulating a SOC to the objecting creditor.
7. The Debtor needs more time to resolve the Objection by America First Credit Union by circulating a SOC to the objecting creditor.
8. The 2018 Income taxes are under an extension and debtor needs more time to file and provide said documents to the trustee.
9. The non performing note previously used to fund this plan has been turned over to a third party collection agency, Financial Law, LLC., with the Trustee's permission. However, the collection agency has not had any luck collecting the note and has apparently has not worked out a compensation structure acceptable to the trustee. Debtor needs more time to obtain a collections agent acceptable to the trustee so the plan can be better funded for the benefit of all creditors.
10. The Domestic Support Litigation that is currently pending with this court's permission in Maricopa County Superior Court, **FC2015-071603** is still not

resolved. The evidentiary hearing in this matter was set for August 1st. (see Debtor's Exhibit A)

However, Debtor's Divorce attorney had a medical emergency and could not proceed, and the trial was continued for another 30 days. The outcome of this trial should determine if Debtor is required to pay the current level of support and alimony, and this is crucial to the Plan as currently proposed. If the debtor reduces his alimony and support as expected, the debtor will be able to proceed to fund the chapter 13 plan. Debtor needs more time to resolve this issue to help fund the plan. Civil case Docket Report. (Debtor's Exhibit B)

11. Dismissing the case is not in the best interest of the unsecured creditors as the debtor has paid in to the trustee and submitted all the required statements and schedules in a timely manner

12. Debtor hereby requests a hearing.

**WHEREFORE**, this Court should deny the Trustee's recommendation and grant the debtor an additional 60 days to resolve all the aforementioned issues and set this matter for a hearing.

**RESPECTFULLY SUBMITTED** this August 2, 2019.

**LEONARD V. SOMINSKY, ESQ., P.C.**

By:/S/ <u>Leonard V. Sominsky</u>

Leonard V. Sominsky, Esq. #20013

2700 N. 3rd St., Suite 2006

Phoenix, Arizona  85004

Telephone: (602) 256-9800

Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been Mailed by US Mail to the following:

Russell Brown

3838 N. central Ave, #800

Phoenix, AZ 85012

Chapter 13 Trustee

Executed this August 2, 2019.

<u>/s/20013-Leonard V. Sominsky</u>