# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** DUSTIN J HAMBY
**Case Number:** 2:18-BK-15100-MCW  **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 08, 2019 01:30 PM  7TH FLOOR #702
**Bankruptcy Judge:** MADELEINE C. WANSLEE
**Courtroom Clerk:** CHRISTINA JOHNSON
**Reporter / ECR:** MICHELLE RADICKE-STEVENSON

## Matter:

STATUS HEARING ON CHAPTER 13 PLAN

**R / M #:** 58 / 0

## Appearances:

LEONARD V. SOMINSKY, ATTORNEY FOR DUSTIN J HAMBY
AARON MICHAEL WAITE (T), ATTORNEY FOR AMERICA FIRST CREDIT UNION
RACHEL FLINN, ATTORNEY FOR RUSSELL BROWN, TRUSTEE

## Proceedings:

Ms. Flinn stated she received a retainer agreement regarding debtor's collection matter and she anticipates filing a motion for special counsel. She discussed plan confirmation is being held up by a family law issue, and the family law hearing was continued to September 5, 2019. Ms. Flinn suggested a continuance for 45 days noting the family law issue should be resolved and plan confirmation can move forward. She stated the trustee may request firm drop dead dates at the continued hearing.

Mr. Sominsky stated debtor has a separate attorney for the family law issue and briefly discussed the status of the state court proceeding. He provided to the court a minute entry from the state court.

The court reviews the state court minute entry and according to that minute entry, a two hour trial is set for the family law issue on September 5, 2019.

Mr. Waite stated no objection to the continuance of this hearing.

Mr. Sominsky further stated his position.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO SEPTEMBER 12, 2019 AT 1:30 PM.