/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
Phone: 602.277.8996

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| DUSTIN J. HAMBY,<br><br>11217 WEST JOMAX ROAD<br>PEORIA, AZ 85383<br><br>Debtor. | Chapter 13<br>Case No. 2-18-bk-15100 MCW<br>**TRUSTEE'S 2019 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS**<br>(The plan is not confirmed) |

This is an annual status report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. Debtors may view their case information through the National Data Center; sign up at www.ndc.org. If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If you have a general question about the bankruptcy process, go to the Trustee's website at www.chapter13.info.

| **Dates** | **Plan Payment Schedule** | | | | **Tax Returns for 2018** |
|---|---|---|---|---|---|
| Petition Date: 12/12/2018<br>Plan Payment Start Date: 1/11/2019<br>Plan is Unconfirmed<br>Last Payment Received: 3/25/2019<br>Last Disbursement Date: | Pmt Amt | Month # | | Month # | |
| | 1,600.00 | 1 | through | 3 | |
| | 0.00 | 4 | through | 8 | |
| | 2,200.00 | 9 | through | 20 | |
| | 2,600.00 | 21 | through | 32 | |
| | 3,900.00 | 33 | through | 60 | |

**Plan Payments Received by Trustee or Payment Refunds**

If a debtor has a question about a receipt not shown below, provide the Trustee with a copy of the front _and_ back of the receipt (unless payment was made through TFS). Plan payments can be made online through www.tfsbillpay.com.

Plan payments are current.

The total amount of plan payments received: $4,800.00
The amount of trustee fee taken on receipts: $302.40
Amount of Undistributed Funds: $4,497.60

_Covers receipts posted July 26, 2017, through July 25, 2019._

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/25/19 | TFS | 1,600.00 | 2/26/19 | TFS | 1,600.00 | 1/24/19 | TFS | 1,600.00 |

Disbursement information (payments to creditors) is on the next page.

Case 2:18-bk-15100-MCW   Doc 70   Filed 08/29/19   Entered 08/29/19 11:25:49   Desc
Main Document    Page 1 of 2

## Disbursements to Administrative Expenses / Claimants / Creditors

The Court has not confirmed a Plan. Unsecured claims are not shown.

| Pmt Seq | Creditor Name | Trustee or Court Claim # | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | |
| | LEONARD V. SOMINSKY | | | L | | | 0.00 | | 0.00 | 0.00 | **0.00** |

Explanation of codes:

(1) A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to the creditor.
(2) "#" refers to a claim that the Court has disallowed.
(3) **C**lass codes: "C" = continuing payment; "L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured
(4) **Claim Type:** "A" = arrears; "E" = expense claim; "F" = 3002.1 expense; "M" = mortgage; "P" = personal property; "R" = residence; "V" = vehicle

*In re HAMBY*  Case No. 2-18-bk-15100-MCW  *Page 2*

If the Trustee has an email address for the Debtor, then the Trustee sent the Annual Report by email. Else the Trustee sent a paper copy to the address appearing in the caption and to a separate mailing address for the joint debtor, if the Trustee has that information.