Courtney Hamby
1707 West Yearling Road
PHOENIX, ARIZONA 85085
TELEPHONE (602) 214-4859
courtneyhamby@gmail.com

IN THE UNITED STATE BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re ) Chapter 13 Proceedings
)
DUSTIN J HAMBY )
) Case No. 2:18-bk-15100-MCW
)
) **OBJECTION AND REQUEST**
Debtor. ) **FOR HEARING**
)

In accordance with the Notice filed August 16, 2019, this Objection and Request For Hearing is filed to the Trustee's application to appoint Matt Palmer of Matt Palmer Law Firm PLC as Special Counsel for Trustee with respect to the claims against Elite Sales & Marketing Group, Inc.

I was formerly married to debtor, Dustin J. Hamby. Our marriage was terminated by a Decree Of Dissolution Of Non-Covenant Marriage With Children in Maricopa County Arizona Superior Court Case No. FC2015-017603 Captioned "Dustin Joel Hamby, Petitioner and Courtney Ann Hamby, Respondent" on November 17, 2017 ("Decree"). In accordance with the Decree, the Debtor was awarded the marital community's 5000 shares of stock in Elite Sales & Marketing Group, Inc., an Arizona corporation ("Elite Sales"),

In accordance with a Stock Purchase Agreement dated December 1, 2017, the Debtor sold the 5000 shares of Elite Sales stock to Elite Sales. The purchase price of $653,158.53 is set forth in a Promissory Note and Security Agreement dated December

1, 2017 and is to be paid with interest at 4% per annum in semi-monthly payments of $6,000.00 beginning January 10, 2018.

In response to the Motion For Relief From Decree Of Dissolution Of A Non-Covenant Marriage based upon Rule 85(b)(1), (2) an (3) of the Rules of Family Law Procedure filed June 19, 2019 on my behalf ("Motion For Relief"), Judge Lisa Ann Vandenberg, by minute entry dated July 25, 2019 vacated that portion of the Decree awarding the 5000 shares of stock in Elite Sales, awarded me 2500 shares of this stock and one-half of the proceeds from the sale of the Elite Sales stock. A copy of the formal Order and Judgment granting the Motion For Relief lodged with Judge Lisa Ann Vandenberg on August 13, 2019 is attached.

Elite Sales has defaulted in the payments of the sales price and I understand that in excess of $600,000.00 remains due on the Promissory Note and Security Agreement. Based upon my ownership interest, I object to the Trustee's retention of an attorney to collect any portion of the sales proceeds due me from the Elite Sales stock. I shall assume sole responsibility for the collection of my portion of the sales proceed.

Further, I object to the retention by the Trustee of an attorney to collet the unpaid amount due in accordance with the Promissory Note and Security Agreement on a contingency fee basis of 40% plus costs and expenses. The unpaid sales proceeds are in excess of $600,000.00 and it is unreasonable to pay an attorney in excess of $240,000.00 to collect the amounts due. Considering the amounts due and the factual and legal issues with respect to the collection of the unpaid sales proceeds, I suggest an attorney be retained on an hourly basis, or, alternatively, upon a contingency fee basis of no more than 10% of the amount collected, plus costs..

Respectfully submitted this 4th day of September, 2019.

*Courtney Hamby*
COURTNEY ANN HAMBY

Copy of the foregoing mailed or e-mailed this 4th day of September, 2019, to:

Rachel Flinn
Staff Attorney for Chapter 13 Trustee
Russell Brown
Rflinn@ch3bk.com

Matt Palmer, Esq.
Matt@palmer.legal
Proposed Special Counsel

Leonard V. Sominsky, Esq.
INFO@LVSLAW.NET
Debtor's Bankruptcy Attorney

Elizabeth C. Amorosi, Esq.
Office of the United States Trustee
Elizabeth.C.Amorosi@usdoj.gov

_____

ATTACHMENT

JOE M. ROMLEY, P.C.
SUITE 120
4647 NORTH 32ND STREET
PHOENIX, ARIZONA 85018
TELEPHONE (602) 528-4710

Joe M. Romley (#001786)
jromley@jmromleylaw.com

Attorney for Respondent

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

In re the Marriage of )
)
DUSTIN JOEL HAMBY ) No. FC 2015-071603
)
and ) **ORDER AND JUDGMENT**
)
COURTNEY ANN HAMBY. ) (P/A: Hon. Lisa Ann Vandenberg)
)
_____)

Respondent's Motion For Relief From Decree Of Dissolution Of Non-Covenant Marriage was filed and served upon petitioner's counsel by e-mail and mail on June 19, 2019 ("Motion For Relief"). Petitioner has failed to respond to this motion. Pursuant to Rule 35(b)(2) of the **Rules of Family Law Procedure** the Court, therefore, grants respondent's Motion For Relief.

Based upon the Motion For Relief, **IT IS ORDERED THAT:**

1. The portion of the Decree Of Dissolution Of Non-Covenant Marriage With Minor Children entered by Commissioner Bernard C. Owens on November 6, 2017 ("Decree") awarding petitioner the stock in Elite Sales & Marketing Group, Inc. is vacated.

2. The property division portion of the Decree is amended as follows:

A. 2,500 shares of the stock in Elite Sales & Marketing Group, Inc. and the proceeds from the sale of the stock are awarded to petitioner.

B. 2,500 shares of the stock in Elite Sales & Marketing Group, Inc. and the proceeds from the sale of the stock are awarded to respondent.

3.. Judgment is entered against petitioner Dustin Joel Hamby for respondent Courtney Ann Hamby for one-half of the proceeds petitioner has receive from the sale of the stock in Elite Sales & Marketing Group, Inc. to Jeffrey Franco for the principal amount of $653,155.53 in accordance with the Stock Purchase Agreement dated December 1, 2017 attached to the Motion For Relief..

4. Pursuant to Rule 78(b) of the **Rules of Family Law Procedure** the Court determines there is no just reason for delay and directs the entry of this Order and Judgment.

_____
JUDGE OF THE SUPERIOR COURT

The foregoing lodged with the Court
this 13th day of August, 2019.

Copy of the foregoing mailed and e-mailed
this 13th day of August, 2019, to:

Christina Ortecho, Esq.
18444 N. 25th Avenue, Suite 420
Phoenix, Arizona 85023
Attorney for Petitioner
christina@ortecholaw.com

_____

```
Rachel Flinn #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
Attorney for Russell Brown, Chapter 13 Trustee
```

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| DUSTIN J HAMBY, | Case No. 2:18-bk-15100-MCW |
| | Amended<br>**NOTICE TO FILE OBJECTIONS TO APPLICATION TO APPOINT SPECIAL COUNSEL FOR TRUSTEE; AND CERTIFICATE OF MAILING**<br>(Amended for the sole purpose of adding signature to Page 2, Line 4) |
| Debtor. | |

**NOTICE IS HEREBY GIVEN** that Russell Brown, duly appointed Trustee in the above captioned matter, has filed an **Application to Appoint Special Counsel for Trustee**, seeking to appoint Matt Palmer, of Matt Palmer Law Firm, PLC, to represent the estate in claims arising from the Debtor's alleged breach of contract claim. The Trustee's Application to Appoint Special Counsel for Trustee is on file with the Clerk of the Court and is available for inspection. Any person or entity opposing the application shall file a written objection requesting a hearing within *twenty-one (21) days* of the service of this notice with the **Clerk of the United States Bankruptcy Court, 230 N. First Avenue, Suite 101, in Phoenix, Arizona 85003.**

If you mail your objection to the court, you must mail it early enough so the court will receive it on or before the date stated above. A copy of the objection shall be mailed to the Applicant at the following address:

>Russell Brown, Chapter 13 Trustee
>3838 N. Central Ave., Suite 800
>Phoenix, Arizona 85012

If you or your attorney do not take steps, the court may decide that you do not oppose the Trustee's application and may enter an order that approves the application.

*R. Fl* 13
Rachel Flinn
Russell Brown, Chapter 13 Trustee; 3838 N. Central Ave., Ste. 800, Phoenix, AZ 85012
2019.08.16 13:40:20 -07'00'

Rachel Flinn  ABN 027000
Staff Attorney for Chapter 13 Trustee
*Rflinn@ch13bk.com*

## CERTIFICATE OF MAILING

The undersigned attorney does hereby certify that a copy of the **Notice to File Objections to Application to Appoint Special Counsel for Trustee** was mailed or emailed on the date of the electronic signature affixed hereto to all parties listed below and all parties on the Debtor's master mailing list attached hereto.

*R. Fl* 13
Rachel Flinn
Russell Brown, Chapter 13 Trustee;
3838 N. Central Ave., Ste. 800,
Phoenix, AZ 85012
2019.08.16 13:40:27 -07'00'

Rachel Flinn  ABN 027000
Staff Attorney for Chapter 13 Trustee
*Rflinn@ch13bk.com*

Copy of the foregoing mailed or emailed to the following parties on the date of the electronic signature affixed hereto:

MATT PALMER, ESQ.
MATT PALMER LAW FIRM, PLC
matt@palmer.legal
(Proposed Special Counsel)


LEONARD V. SOMINSKY
LEONARD V. SOMINSKY, ESQ., PC
INFO@LVSLAW.NET
(Debtor's Bankruptcy Attorney)

Elizabeth C. Amorosi, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Elizabeth.C.Amorosi@usdoj.gov

*R. Fl* 13
Rachel Flinn
Russell Brown, Chapter 13
Trustee; 3838 N. Central Ave.,
Ste. 800, Phoenix, AZ 85012
2019.08.16 13:40:52 -07'00'

2

Label Matrix for local noticing
0970-2
Case 2:18-bk-15100-MCW
District of Arizona
Phoenix
Fri Aug 16 12:17:57 MST 2019

ARIZONA DEPARTMENT OF REVENUE
c/o Christopher J. Dylla
Assistant Attorney General
Arizona Attorney General's Office
Arizona Attorney General's Office
Phoenix, AZ 85004-1592

America First Credit Union
PO Box 9199
Ogden, UT 84409-0199

Hughes Federal Credit Union
c/o Jody A. Corrales
DeConcini McDonald Yetwin & Lacy, P.C.
2525 E. Broadway Blvd., Ste. 200
Tucson, AZ 85716-5300

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE
ATTENTION BK PAYMENT UNIT
c/o 2005 N CENTRAL AVE, SUITE 100
PHOENIX, AZ 85004-1546

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington MN 55438-0901

Alphera Financial Serv
Attn: Bankruptcy
Po Box 3608
Dublin OH 43016-0306

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso TX 79998-1540

Arizona Central Credit Union
Attn: Bankruptcy Department
Po Box 11650
Phoenix AZ 85061-1650

Arizona Department of Revenue
1600 West Monore
Phoenix AZ 85007-2650

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bankruptcy & Collection Enforcement
Office of the AZ Attorney General
1275 West Washington St
Phoenix AZ 85007-2926

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington DE 19899-8801

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
P.O.Box 30285
Salt Lake City UT 84130-0285

Citi/Sears
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis MO 63179-0034

Citibank/The Home Depot
Citicorp Cr Srvs?Centralized Bankruptcy
PO Box 790040
Saint Louis MO 63179-0040

Courty Hamby
1707 W. Yearling Rd.
Phoenix AZ 85085-0615

Credit One Bank NA
PO Box 98873
Las Vegas NV 89193-8873

Hughes Federal Credit Union
P.O. Box 11900
Tucson AZ 85734-1900

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee WI 53201-3120

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Leroys Jewelers
Inc/Attn: Bankruptcy
PO Box 1799
Akron OH 44309-1799

Mountain America Credit Union
PO Box 2331
Sandy, UT 84091-2331

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell TX 75019-4620

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| Revenue Enterprises, LLC.<br>Attn: Bankruptcy<br>Po Box 441368<br>Aurora CO 80044-1368 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Sterling Jewelers, Inc.<br>Attn: Bankruptcy<br>Po Box 1799<br>Akron OH 44309-1799 |
|---|---|---|
| Syncb/Polaris Consumer<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 530912<br>Atlanta GA 30353-0912 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando FL 32896-5060 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine CA 92623-9657 | COURTNEY HAMBY<br>1707 W YEARLING RD<br>PHOENIX, AZ 85085-0615 | DUSTIN J HAMBY<br>11217 W. JOMAX RD<br>PEORIA, AZ 85383-9764 |
| LEONARD V. SOMINSKY<br>LEONARD V. SOMINSKY, ESQ., PC.<br>2700 N. 3RD STREET<br>SUITE 2006<br>PHOENIX, AZ 85004-4602 | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012-1965 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bk Of Amer<br>Po Box 982238<br>El Paso TX 79998 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 8026<br>Cedar Rapids IA 52409 |
|---|---|---|

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)America First Credit Union<br>Po Box 9199<br>Ogden UT 84409-0199 | (d)Hughes Federal Credit Union<br>c/o Jody A. Corrales<br>DeConcini McDonald Yetwin & Lacy, P.C.<br>2525 E. Broadway Blvd., Ste. 200<br>Tucson, AZ 85716-5300 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
|---|---|---|

End of Label Matrix
Mailable recipients   43
Bypassed recipients    3
Total                 46