Rachel E. Flinn, Esq. #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
Attorney for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| | Case No. 2:18-bk-15100-MCW |
| DUSTIN J HAMBY, | **TRUSTEE'S RESPONSE TO CREDITOR'S OBJECTION TO TRUSTEE'S APPLICATION TO APPOINT SPECIAL COUNSEL** |
| Debtor. | Hearing Date: 9/30/19 |
| | Hearing Time: 2:00 p.m. |

The Trustee, Russell Brown, by and through counsel undersigned, hereby responds to the Creditor's Objection to the Trustee's Application to Appoint Special Counsel.

1. On or about December 1, 2017, the Debtor entered into a promissory note and security agreement with Elite Sales & Marketing Group. On or about, January 10, 2018, the Debtor alleges that Elite Sales & Marketing Group breached the promissory note by failing to remit the agreed upon installment payments ("the Claim").

2. On August 16, 2019, the Trustee filed an Application to Appoint Special Counsel, ("the Application") seeking to employ Matt Palmer, of Palmer Law Firm PLC, to pursue the estate's interest in the Claim.

3. On September 4, 2019, creditor, Courtney Hamby ("Creditor") filed an objection to the Trustee's Application.

4. Creditor asserts that she has an interest in the Claim. Attached to the Creditor's objection is a copy of a proposed superior court order which seeks a judgement against Debtor for one-half of the proceeds the Debtor has received from the sale of the stock in Elite Sales & Marketing Group.

5. To the Trustee's knowledge, the proposed order has not been endorsed by the superior court judge. Further, pursuant to the November 6, 2017 divorce decree, the Debtor's interest in Elite Sales & Marketing Group was awarded to the Debtor (relevant pages of the divorce decree have been attached hereto).

6. It is the Trustee's position that the Debtor's 100% interest in the promissory note remains property of the bankruptcy estate. A review of the docket shows that the Creditor has not sought relief from the automatic stay.

7. The Creditor further objected to Special Counsel's proposed contingency fee of forty percent (40 %) of any gross amount of cash or property recovered, plus costs and expenses. The Trustee notes that the estate is not able to pay Special Counsel on a retainer and hourly fee basis. The Trustee believes that the 40% contingency fee is fair given the complexity of the Claim and the risk that a meaningful recovery may not be realized.

8. As noted in the Application, any settlement and award of attorney fees must be approved by a separate application. The Trustee requests that the Application be approved in order to allow Special Counsel to proceed with his representation of the estate.

9. If a settlement is reached, the Trustee will file a separate application to approve the settlement and attorney fees. If the Creditor objects to the settlement and proposed award of attorney fees, the Court may consider an evidentiary hearing to determine the extent of Creditor's interest in the Claim.

WHEREFORE, the Trustee requests that the Trustee's Application to Appoint Special Counsel be approved over the objection of the Creditor.

Rachel Flinn
Russell Brown, Chapter 13 Trustee; 3838 N. Central Ave., Ste. 800, Phoenix, AZ 85012
2019.09.26 12:06:13 -07'00'

_____
Rachel Flinn, Esq. #027000
Staff Attorneys for Chapter 13 Trustee
RFlinn@ch13bk.com

Copy of the Response was mailed or emailed
to the following parties on the date
of the electronic signature affixed below:

MATT PALMER, ESQ.
MATT PALMER LAW FIRM, PLC
matt@palmer.legal
(Proposed Special Counsel)


LEONARD V. SOMINSKY
LEONARD V. SOMINSKY, ESQ., PC
INFO@LVSLAW.NET
(Debtor's Bankruptcy Attorney)


Elizabeth C. Amorosi, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Elizabeth.C.Amorosi@usdoj.gov

/s/ R. Flinn

Rachel Flinn
Russell Brown, Chapter 13
Trustee; 3838 N. Central Ave.,
Ste. 800, Phoenix, AZ 85012
2019.09.26 12:06:22 -07'00'

Page 3

COPY

Person Filing: (A) Courtney Hamby
Address (if not protected): 8203 W. Oraibi Dr. #2120
City, State, Zip Code: Peoria, AZ 85382
Telephone:
Email Address: courtneyhamby28@gmail.com
ATLAS Number:
Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

FILED 11-6-17 11:44 am
MICHAEL K. JEANES, Clerk
By E. Morgenstern, Deputy
FOR CLERK'S USE ONLY

Electronically Recorded

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Courtney Hamby
(B) Petitioner

Dustin Hamby
(B) Respondent

Case Number: FC2015-071603

ATLAS Number: _____
(if applicable)

DECREE OF DISSOLUTION OF A NON-COVENANT MARRIAGE WITH MINOR CHILDREN

**DEFAULT**

## THE COURT FINDS: (B)

1. This case has come before this court for a final Decree of Dissolution of Marriage. The court has taken all testimony needed to enter a Decree, or the court has determined testimony is not needed to enter the Decree.

2. This court has jurisdiction over the parties under the law and the provisions of this Decree are fair and reasonable under the circumstances, and are in the best interests of the minor child(ren) as to physical custody, authority for legal decision making (legal custody), parenting time, and support.

   SERVICE BY PUBLICATION:

   If Respondent was served by publication and was not personally served, this court cannot make a legal order, with respect to issues of child support, medical and dental insurance, payments, expenses for the minor child(ren), community property or debt, or spousal maintenance/support. The court reserves jurisdiction until personal service is made upon Respondent to consider the maintenance/support of either spouse, the disposition of community property or debts, child support, and any other relief requested in the Petition or orders deemed necessary by the court.

3. The Court finds that:

   a. 90 Day Requirement: At the time this action was filed, one or both parties had lived in, or been stationed in Arizona while a member of the United States Armed Forces, for more than 90 days.

   b. Conciliation provisions of A.R.S. §25-381.09 either do not apply or have been met.

   c. Irretrievably Broken: The marriage is irretrievably broken. This marriage is not a covenant marriage.

   d. Regarding Issues of Minor Children, Child Support and Spousal Maintenance, Division of Property and Debt: Where it has the legal power and where it is applicable to the facts of this case, this court has considered, approved, and made Orders relating to issues of legal decision making (legal custody), parenting time, child support, spousal maintenance (alimony), and the division of property and/or debts.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
DEC
Page 1 of 12
DRDC81f-022616

Case 2:18-bk-15100-MCW   Doc 80   Filed 09/26/19   Entered 09/26/19 12:09:30   Desc
Main Document   Page 4 of 5

11. **MINOR CHILDREN TO WHOM THIS DECREE DOES NOT APPLY:** It is ordered that ☐ Wife, OR ☐ Husband has no legal obligation or right to the minor child(ren) born during the marriage but not common to the marriage. These minor children include: (Use additional paper if necessary)

Name: _____ Birth date: _____
Name: _____ Birth date: _____
Name: _____ Birth date: _____

Child expected to be born this date: _____

12. **OTHER ORDERS.** (List any other orders.)
See attached documents
Business "Love Your Skin" awarded to wife
Elite Sales & Marketing Group awarded to husband
Dustin Hamby & Assoc. awarded to husband

**FINAL APPEALABLE ORDER.** Pursuant to Arizona Rules of Family Law Procedure, Rule 81, this final judgment/decree is settled, approved and signed by the court and shall be entered by the clerk.

DONE IN OPEN COURT: November 6, 2017 (D)

COMM. BERNARD C. OWENS
JUDGE OR COURT COMMISSIONER

If this Decree was issued as a "Default," _and_ the Petitioner served the papers to begin this case by any means _other than_ by publication, a copy of this Decree shall be mailed or delivered to the Respondent within 24 hours of the court hearing as follows:

Respondent's Name: Dustin Hamby
Mailing Address: 10819 W. Avenida Del Rey
City, State Zip Code: Peoria AZ 85383
By Petitioner: Courtney Hamby
Date: 10.19.17

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
DEC
Page 8 of 12
DRDC81f-022616

Case 2:18-bk-15100-MCW Doc 80 Filed 09/26/19 Entered 09/26/19 12:09:30 Desc
Main Document Page 5 of 5