Courtney Hamby
1707 West Yearling Road
PHOENIX, ARIZONA 85085
TELEPHONE (602) 214-4859
courtneyhamby@gmail.com

IN THE UNITED STATE BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) |
| | ) Chapter 13 Proceedings |
| DUSTIN J HAMBY | ) |
| | ) Case No. 2:18-bk-15100-MCW |
| | ) **SUPPLEMENT TO** |
| | ) **OBJECTION AND REQUEST** |
| Debtor. | ) **FOR HEARING** |
| | ) |

   The undersigned, as the former wife of debtor Dustin J. Hamby, filed an Objection And Request For Hearing with respect to the Trustee's application to retain an attorney to collect sums due from debtor's sale of 5000 shares of Elite Sales & Marketing Group, Inc. stock on December 1, 2017. At the time this Objection And Request For Hearing was filed, an Order had been entered in the Maricopa County Superior Court in the parties' dissolution action awarding me one-half of the proceeds from the sale of this stock. By minute entry dated September 5, 2019, this award was vacated on a procedural not a substantive issue.

   There are two motions currently pending in the dissolution action to reaffirm my one-half interest in the proceeds from the sale of the Elite Sales & Marketing Group, Inc. stock and it is anticipated that the Court in the dissolution action will reaffirm my one-half ownership of this stock and the proceeds from the sale of this stock.

I therefore renew my objection to the retention of an attorney to pursue collection of the unpaid net sales proceeds on the basis stated in my Objection And Request For Hearing.

Respectfully submitted this 27th day of September, 2019.

*Courtney Hamby*
COURTNEY ANN HAMBY

Copy of the foregoing mailed or e-mailed this 27 day of September, 2019, to:

Rachel Flinn
Staff Attorney for Chapter 13 Trustee
Russell Brown
Rflinn@ch3bk.com

Matt Palmer, Esq.
Matt@palmer.legal
Proposed Special Counsel

Leonard V. Sominsky, Esq.
INFO@LVSLAW.NET
Debtor's Bankruptcy Attorney

Elizabeth C. Amorosi, Esq.
Office of the United States Trustee
Elizabeth.C.Amorosi@usdoj.gov

Proof of Claim attached that helps explain family law case.

Fill in this information to identify the case:

Debtor 1: Dustin J. Hamby

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Arizona

Case number: 2:18-bk-15100-MCW

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Courtney Hamby
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Courtney Hamby
Name

1707 W. Yearling Rd.
Number    Street

Phoenix      AZ      85085
City         State   ZIP Code

Contact phone (602) 214-4859

Contact email courtneyhamby29@gmail.com

Where should payments to the creditor be sent? (if different)

Name: _____

Number Street: _____

City State ZIP Code: _____

Contact phone: _____

Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____
                                                                        MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
   - ☑ No
   - ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ _____579,112.00_____. Does this amount include interest or other charges?
   - ☐ No
   - ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   See Attached: DSO; Fraud, Divorce Obligations, Atty Fees

9. Is all or part of the claim secured?
   - ☑ No
   - ☐ Yes. The claim is secured by a lien on property.

     Nature of property:
     - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
     - ☐ Motor vehicle
     - ☐ Other. Describe: _____

     Basis for perfection: _____

     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     Value of property: $_____
     Amount of the claim that is secured: $_____
     Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     Amount necessary to cure any default as of the date of the petition: $_____

     Annual Interest Rate (when case was filed) _____ %
     - ☐ Fixed
     - ☐ Variable

10. Is this claim based on a lease?
    - ☑ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    - ☑ No
    - ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| | ☑ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ 4,384.37 |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/19/2019
                 MM / DD / YYYY

/s/ Courtney Hamby
Signature

Print the name of the person who is completing and signing this claim:

Name: Courtney Hamby
First name     Middle name     Last name

Title: 

Company: 
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1707 W. Yearling Rd.
Number     Street
Phoenix                    AZ     85085
City                       State  ZIP Code

Contact phone: (602) 214-4859    Email: courtneyhamby29@gmail.com

## Attachment to Proof of Claim by Courtney Hamby

1. Claim for common law fraud, embezzlement, larceny, conversion, breach of contract, breach of duty of good faith and fair dealing, obtaining money or property by false pretenses, a false representation, or actual fraud, for fraud or defalcation while acting in a fiduciary capacity, embezzlement or larceny; and/or inflicting willful and malicious injury, which claim are presently pending in the Superior Court of Arizona, Maricopa County, Family Law Division. Amount of claim $327,000.00. "See Exhibit A attached."

2. Claim for delinquent spousal maintenance presently pending in the Superior Court of Arizona, Maricopa County, Family Law Division:
    a. Months and years for which payments are due: June-November 2018
    b. Amount of claim $4,384.37

3. Claims for unpaid obligations pursuant to the Decree of Divorce entered in the Superior Court of Arizona, Maricopa County, Family Law Division:
    a. Hughes Federal Credit Union. Amount of claim $68,933.86
    b. Taxes due:
        i. [2012-Current State]  Amount of claim $18,761.31
        ii. [2012-Current Federal] Amount of claim $140,500.76

4. Bankruptcy Attorney's Fees $8,468.20
   Family Court Attorney's Fees $11,063.50

TOTAL OF ALL CLAIMS: $579,112.00

# EXHIBIT "A"

JOE M. ROMLEY, P.C.
SUITE 120
4647 NORTH 32${}^{ND}$ STREET
PHOENIX, ARIZONA 85018
TELEPHONE (602) 528-4710

Joe M. Romley (#001786)
Attorney for Respondent

jromley@jmromleylaw.com

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| In re the Marriage of ) | NO. FC 2015-071603 |
| DUSTIN JOEL HAMBY ) | |
| ) | MOTION FOR RELIEF FROM DECREE |
| and ) | OF DISSOLUTION OF MARRIAGE |
| ) | |
| COURTNEY ANN HAMBY. ) | (P/a: Hon. Lisa VandenBerg) |
| ) | (Oral Argument Requested) |

Pursuant to Rule 85 C 1 (a), (b) and (c) of the **Rules of Family Law Procedure**, respondent Courtney Ann Hamby requests that the Court vacate the award of the stock in Elite Sales & Marketing Group, Inc., an Arizona corporation to petitioner and order an equal division of the proceeds from the sale of this stock between the parties.

I.

Petitioner and respondent were married on February 14, 2005 and their marriage was terminated by a Decree of Dissolution of Non-Covenant Marriage With Minor Children ("Decree") entered in Maricopa County Superior Court Case No. FC2015-071603 captioned "In re the Marriage of Dustin Joel Hamby and Courtney Ann Hamby" on November 6, 2017 by Commissioner Bernard C. Owens.

. . .

II.

The Decree incorporated a Divorce-Asset & Liability Agreement ("Agreement") executed by petitioner and respondent on April 26, 2017 which provided for the division of the community property and obligations between petitioner and respondent.

III.

At the time of the negotiations and execution of the Agreement, the primary community property was 100,000 shares of stock in Elite Sales & Marketing Group, Inc., an Arizona corporation ("Elite Sales") which was formed on April 26, 2011 and which was engaged in the business of marketing automobile parts and supplies with its business office located at 26824 North 71st Place, Scottsdale, Arizona.

IV.

During all times relevant hereto, petitioner was an officer of Elite Sales, and the possession of the company's financial books and records were in petitioner's control.

V.

In connection with the negotiations and execution of the Agreement, petitioner represented and warranted to respondent that the value of Elite Sales was $74,000.00.

VI.

With respect to Elite Sales, the Agreement provides:

12. Other Orders
* * *
"Elite Sales and Marketing group awarded to husband."
(Decree Page 8)

23. Current Asset Detail

2

| Description | Value |
|---|---|
| Elite Sales & Marketing Group, INC. 100,000 Shares | $74,000.00. |

\* \* \*

28. Dustin Joel Hamby is awarded Elite Sales & Marketing Group, Inc. as sole and separate property including all assets and liabilities associated therewith.
(Divorce Asset & Liability Agreement)

VII.

With respect to petitioner's representations and warranties to respondent in connection with the negotiation and execution of the Agreement, the Agreement provides:

k. This agreement creates a fiduciary relationship between the Parties in which each Party agrees to act with the utmost of good faith and fair dealing toward the other in all aspects of this Agreement.

VIII.

In connection with the negotiation and execution of the Agreement, petitioner concealed the accurate financial circumstances and value of Elite Sales from respondent and concealed from respondent that prior to the termination of the marriage, petitioner had negotiated a sale of the stock in Elite Sales for $653,165.53 with interest at 4% per annum, payable $12,000.00 a month commencing January 1, 2018, which sale was completed in December, 2017.

IX..

By concealing the accurate financial circumstances and value of Elite Sales from respondent and falsely and fraudulently representing that the value of this company

3

at $74,000.00, petitioner breached his fiduciary duty to respondent and his obligation of good faith and fair dealing with respondent in accordance with the Agreement.

X.

As a result of petitioner's breaches of his fiduciary duties and obligations to respondent, and his fraud and misrepresentation to respondent with respect to Elite Sales, respondent requests that the Court vacate the award of the 100,000 shares of Elite Sales to petitioner, order that these shares and the proceeds from the sale of these stock shares are owned equally by the parties. Respondent further requests that judgment be entered against petitioner for one-half of the proceeds from the sale of the stock in Elite Sales he receives prior to the division of the sales proceeds between the parties.

XI.

Pursuant to **Arizona Revised Statutes §25-324**, respondent is entitled to judgment against petitioner for her attorney's fees and costs.

WHEREFORE, respondent requests that the Court:

1. Vacate the award of the 100,000 shares of Elite Sales to petitioner;

2. Order that the proceeds from the petitioner's sale of the stock in Elite Sales be divided equally between the parties;

3. Enter judgment against petitioner for one-half of the proceeds from the sale of the stock in Elite Sales he received prior to the division of the sales proceeds between the parties; and

4. Enter judgment against petitioner for her attorney's fees and costs.

. . .
. . .
. . .

4

Dated this 29th day of March, 2018.

JOE M. ROMLEY, P.C.

BY _____
JOE M. ROMLEY
Attorney for Respondent
4647 N. 32nd Street #120
Phoenix, Arizona 85018

Copy of the foregoing mailed this
29th day of March, 2018, to:

Dustin Joel Hamby
10819 West Avenida Del Rey
Peoria, Arizona 85383
Petitioner

_____

5

Notice of Electronic Claims Filing

The following transaction was received from KAHN, JAMES on 2/20/2019 at 11:02 AM AZ

File another claim
**Case Name:** DUSTIN J HAMBY
**Case Number:** 2:18-bk-15100-MCW
**Creditor Name:** Courty Hamby
1707 W. Yearling Rd.
Phoenix AZ 85027
**Claim Number:** 15  Claims Register
**Amount Claimed:** $579112.00
**Amount Secured:**
**Amount Priority:** $4384.37

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 1111.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=2/20/2019] [FileNumber=43221579-0
] [97356c2730d993c1477de5d14e613448987cf4b8ce4dc6536f8a2d470f716547cf4
33d506f3ea2c0f4c7115033fefe02e4ecd5c1db36684a75a6ac7daebf57f9]]
**Document description:** Exhibit "A"
**Original filename:** C:\fakepath\Attachment.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=2/20/2019] [FileNumber=43221579-1
] [4c859c194e0426924590c62fe0580da7956b11f0abb14df8e55d233d78c30a93deb
79f42a94bbf736c66bb4fba0cf30b2aa58ebd38ed25fe4c7c3ba566bde07a]]